UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT A. KAMPAS, et al., | ) |
| | ) |
| Plaintiffs, | )  Case No. 4:22-CV-01057-SRC |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Assistant City Counselor Adriano Martinez and hereby enters his appearance as counsel of record for Defendant City of St. Louis, Kenneth Kegel, Eric Larson, and Benjamin Hawkins.

Dated: January 20, 2023

Respectfully submitted,
SHEENA HAMILTON
CITY COUNSELOR

*/s/ Adriano Martinez*
Adriano Martinez, 69214 MO
Assistant City Counselor
Martineza@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was electronically filed on January 20, 2023, with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Adriano Martinez