**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT A. KAMPAS ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No.: 4:22-cv-01057-SRC |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI ET AL, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

COMES NOW Talmage E. Newton IV of the law firm of Newton Barth, L.L.P. and hereby enters his appearance on behalf of the Plaintiffs, Scott A. Kampas and Steven S. Hoffmann as lead counsel. Attorney Steven S. Hoffmann is designated as co-counsel.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: */s/ Talmage E. Newton IV*
Talmage E. Newton IV MO56647
555 Washington Ave. Suite 420
Saint Louis, MO 63101
(314) 272-4490 – Telephone
(314) 762-6710 – Facsimile
talmage@newtonbarth.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 10th day of March 2023.

*/s/ Talmage E. Newton IV*