**Note that dates, such as "October 3, 2017" should also be searched for reasonable permutations of the same, such as "Oct. 3, 2017", "10/3/17", "10/03/2017", "10.03.2017", etc.**

**Search Terms and date range for Exhibit B (Doc. 58-2), paragraphs 11 and 18: Any and all emails by any officer, command staff, or civilian related to the *Arrests*; Any notes, emails, narratives, or memorandum sent by officers to any member of the documentation team concerning the *Arrests*.**

**The date range is October 3, 2017 – October 3, 2018**

**The search terms are:**

"October 3, 2017" and each of the following: "protest", "march", "marching", "demonstration", "demonstrate", "demonstrating", "mass arrest", "after-action", "after action", "Rossomanno"

"CDT" and "arrest"

"Civil disobedience team" and "arrest"

"CN 17-048640", "17-048640"

"Benjamin Hawkins", "Ben Hawkins", "Detective Hawkins", "Det. Hawkins", and reasonable permutations thereof

"Steven Hoffmann", "Hoffmann", "Hoffman"

"Scott Kampas", "Kampas", "Kampus"

"Protesters arrested after blocking Highway 40 include pastor, state rep"

"Protesters arrested after blocking Highway 40"

"Benchaabane"

"143 arrests"

"143 arrests made after demonstrations on interstate"

"Arrests" and "Jefferson and Market"

"Trespassing" on dates October 3, 4, 5, and 6, 2017.

Exhibit 4

"Trespassing on highway"

"news release" and "October 4, 2017"

"news release" and "October 3, 2017"

"Interstate protest"

"Highway protest"

"National Lawyers Guild", "NLG", "Legal Observer"

"Rossomanno" and "protest"

**Search Terms and date range for Exhibit C (<u>Doc. 58-3</u>), paragraphs 6, 7, and 9. All communications on computer logs relevant to the *Incidents*. Any and all emails by any officer, command staff, or civilian related to the *Incidents*. Any notes, emails, narratives, or memorandum sent by officers to any member of any documentation team concerning the *Incidents*.**

**For the March 15, 2012 *Incident*, the date range is March 10, 2012 – March 15, 2013**

**The search terms are:**

"March 15, 2012" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating", "after-action", "after action"

"CN 12-012128", "12-012128"

"12-012128" and "Roth"

"12-012128" and "Leyshock"

"Compton Hill" and "protest", "march", "marching", "demonstration", demonstrate", "demonstrating"

"Compton Hill" and "Eddie Roth"

"Compton Hill" and "Leyshock"

"Street protest", "protest in street"

"Occupy" and "Eddie Roth"

Exhibit 4

"Occupy" and "Leyshock"

"Occupy the Midwest" and "arrests"

"Occupy the Midwest" and "park"

"Water tower" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating",  "Eddie Roth", "Leyshock"

"Watertower" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating", "Eddie Roth", "Leyshock"

"Legal observer"

"Steven Hoffmann", "Hoffmann", "Hoffman"

"Scott Kampas", "Kampas", "Kampus"

"Anarchist" and "Leyshock"

"Anarchist" and "Occupy"

"Protest" and "obey reasonable order"

"Occupy" and "obey reasonable order"

**For the May 24, 2012 *Incident*, the date range is May 20, 2012 – May 24, 2013**

**The search terms are:**

"May 24, 2012" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating", "after-action", "after action"

"CN 12-025962", "12-025962"

"Scott Kampas", "Kampas", "Kampus"

"Keith Rose"

"Scott O'Rourke"

"David King" and "IAD"

Exhibit 4

"David King" and "Internal affairs"

"David King" and "assault"

"David King" and "injured"

"Steven Burle" and "assault"

"Steven Burle" and "injured"

"protest" "March", "marching", "demonstration," "demonstrate", "demonstrating"

"Police brutality" and "protest"

"Police brutality" and "demonstration," "demonstrate", "demonstrating"

"Excessive force" and "protest"

"Excessive force" and "demonstration," "demonstrate", "demonstrating"

"failed to disperse" and "protest",

"failed to disperse" and "downtown"

**For the October 12, 2014** *Incident*, **the date range is October 10, 2014 – October 12, 2015**

**Note: Searches for "Kim Allen" should also include searches for:** "Kimberly Allen", "Sgt. Allen", "Sergeant Allen", "Det. Allen," "Detective Allen"

**The search terms are:**

"October 12, 2014" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating", "Quicktrip", "Quick Trip", "Kim Allen", "after-action", "after action"

"CN 14-047422", "14-047422"

"Steven Hoffmann", "Hoffmann", "Hoffman"

"Steven Hoffmann" and "IAD"

"Steven Hoffmann" and "Internal affairs complaint"

Exhibit 4

"QuickTrip", and "protest"

"Quick Trip" and "protest"

"QuickTrip" and "IAD"

"Quick Trip" and "IAD"

"QuickTrip" and "Internal Affairs"
"Quick Trip" and "Internal Affairs"

"Quicktrip protest"

"Protest at quicktrip"

"Kim Allen" and "protest" and "internal affairs"

"Kim Allen" and "Quicktrip"

**For the September 17, 2017 *Incident*, the date range is September 15, 2017 – September 17, 2021**

**The search terms are:**

"September 17, 2017" and each of the following: "protest", "march", "marching", "demonstration", demonstrate", "demonstrating", "injuries", "injured", "police brutality", "excessive force", "unlawful assembly", "after-action", "after action"

"CN 17-045977", "17-045977"

"Protest" and "after-action"

"Protest" and "after action"

"Scott Kampas", "Kampas", "Kampus"

"Keith Rose"

"National Lawyers Guild", "NLG", "Legal Observer"

"failure to disperse" and "downtown"

"failed to disperse" and "downtown"

Exhibit 4

"unlawful assembly" and "protest"

"unlawful assembly" and "internal affairs"

"unlawful assembly and "IAD"

"Lt. Sachs" and "protest"

"Lieutenant Sachs" and "protest"

"police brutality" and "internal affairs"

"police brutality" and "IAD"

"excessive force" and "internal affairs"

"excessive force" and "IAD"

"excessive force" and "protest"

"injuries" and "protest"

"injured" and "protest"

"CDT", "Civil disobedience team"

"Rossomanno" and "protest"

"Rossomanno" and "arrests"

"Rossomanno" and "downtown"

"Rossomanno" and "Internal affairs"

"Rossomanno" and "IAD"

Exhibit 4