

Martinez, Adriano <martineza@stlouis-mo.gov>

## Kampus, et al v. City, et al

**Martinez, Adriano** <martineza@stlouis-mo.gov>                              Thu, Nov 9, 2023 at 7:00 PM
To: Steven Hoffmann <steven@newtonbarth.com>
Cc: T Newton <talmage@newtonbarth.com>, "Laird, Brandon" <lairdb@stlouis-mo.gov>

Mr. Hoffmann,

Mr. McNamara is available on the 28th or 29th in the morning. As I am sure you are well aware, discovery does not need to be completed in order to conduct a meaningful mediation.

Defendants withdraw their request for additional time to respond to Plaintiffs' Second Request for Production. Please find the attached responses to Plaintiff's Second Request for Production. If you would like to discuss Defendants' objections, I am available on November 20 or 22 to discuss.

Have a pleasant evening,

Adriano
[Quoted text hidden]



**4 attachments**

    **[City_000829-000872] C.N. 14-047422 Redacted.pdf**
    1489K

    **[City_000772-000828] CN 12-025962 Redacted.pdf**
    3097K

    **[City_000873-001166] CASE_17045977_Redacted.pdf**
    9926K

    **Defs Response to Pts 2nd RFPs to Defs.pdf**
    192K