IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT A. KAMPAS ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF ST. LOUIS, MISSOURI ET AL, ) <br> ) <br> Defendants. ) | Cause No.: 4:22-cv-01057-SRC |

**AFFIDAVIT OF STEVEN S. HOFFMANN**

I, Steven S. Hoffmann, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this affidavit and could and would testify competently to those facts if called as a witness.

2. I live in St. Louis County, Missouri.

3. On October 3, 2017, I was arrested by the Saint Louis Metropolitan Police Department for acting as a legal observer and recording and observing police conduct at a protest.

4. Never once on October 3, 2017, did I step onto the highway, or onto any place where I was not legally allowed to be.

5. At the City Justice Center, Detective Benjamin Hawkins instructed me to sit down at a desk where he was seated, and he asked me questions while he filled out paper forms.

6. After Detective Hawkins asked me if I had an emergency contact, I told him that before we went any further, I needed to tell him that I had never stepped onto the highway that evening, and that I was not there with the protesters, and that there was no probable cause to arrest me.

7. Detective Hawkins then stated "I don't give a shit. I'll just write refused to sign, and you can go the back of the line."

8. Detective Hawkins's statement that I had refused to sign my name on any of the forms was false; I never refused to sign the forms.

9. Detective Hawkins sent me to the back of the line, and I was the very last person to be processed that night, because I had told him that I did not step onto the highway.

10. While I was in the City Justice Center, my phone was not taken from me, and I gave an interview with a reporter from the St. Louis Post-Dispatch from the jail cell. I told that reporter that I had never been on the highway and that there was no legitimate reason to arrest me.

11. When I was finally released, I also gave an interview with a television news reporter on the sidewalk of the City Justice Center, which was aired on television. I again stated that police had arrested myself and others who were never on the highway.

12. I later testified about my arrest on October 3, 2017 in the United States District Court in a case called *Ahmad*.

13. One of the reasons that I volunteered as a legal observer in the past, including on October 3, 2017, is that I felt a strong calling to gather and publicize facts and news about the way police departments respond to public protests, so that the public is aware of what kinds of practices the police department is engaged in when they interact with people who engage in public protest.

14. After I was arrested on October 3, 2017, I ceased and/or slowed my activities as a volunteer legal observer for some time, because I was concerned and afraid that I would be falsely arrested again.

15. I was aware on October 3, 2017, under Revised Statute of Missouri Section 569.140, a person can only commit the offense of trespass in the first degree if the property is fenced or enclosed in a manner designed to exclude intruders or if it is posted or actually communicated that being in that area is a trespass.

16. On October 3, 2017, there were no "no trespassing" signs posted on or anywhere near the grassy area next to the highway and/or the highway exit ramp. That grassy area was not fenced in, there were no barriers, and individuals could freely walk from the sidewalk on Jefferson onto the grassy area. No individual gave me or any other person around me any verbal instructions indicating that I needed to move, or that I was not lawfully able to stand on the grassy area.

17. On October 3, 2017, I was aware that under Revised Statute of Missouri Section 300.405, pedestrians may lawfully walk in places along highways where sidewalks are not provided, and that when practicable, should only walk on the left side of the roadway or its shoulder facing traffic.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further, Affiant sayeth not.

This 3-page document executed on ___April 10, 2024___

_____
Steven S. Hoffmann

STATE OF MISSOURI    )
                     )  SS
CITY OF SAINT LOUIS  )

JESSICA CARGILL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: February 01, 2028
Commission Number: 23069722

Subscribed and sworn to before me this __10th__ day of April, 2024.

_____
Notary Public

3